**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DENISE TALARICO, individually and as administratrix of the ESTATE OF JAMES J. TALARICO,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-0082** |
| v. : | |
| | **(JUDGE MANNION)** |
| **SKYJACK, INC., and** : | |
| **UNITED RENTALS (NORTH AMERICA), INC.,** : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant United Rentals' partial motion to dismiss, (Doc. 15), paragraph 44(h) of plaintiff's amended complaint, (Doc. 9), is **GRANTED**;

**(2)** all of plaintiff's claims of liability for failure to recall or retrofit the scissor lift are **DISMISSED WITH PREJUDICE**;

**(3)** defendant United Rental is directed to file its answer to the remaining claims in plaintiff's amended complaint within fourteen days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 13, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0082-01-revisedOrder.wpd